

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00725-CV

John **RICHMOND**,
Appellant

v.

**VRM (VENDOR RESOURCE MANAGEMENT)**, Duly Authorized Agent for the Secretary
of Veterans Affairs,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2017-CV-03985
Honorable Karen Crouch, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

Delivered and Filed:  January 17, 2018

MOTION GRANTED, DISMISSED

        Appellant has filed a motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP.

P. 42.1(a)(1). Because the motion does not disclose an agreement of the parties regarding the

assessment of costs, we order all costs assessed against appellant. *See* TEX. R. APP. P. 42.1(d)

(absent agreement of the parties, costs are taxed against appellant).

                                PER CURIAM